**Order entered April 16, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00194-CV**

**IN RE SCOTT FRENKEL, Relator**

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03470-2016**

**ORDER**
Before Justices Molberg, Reichek, and Smith

Before the Court are relator's (1) March 29, 2021 motion to seal the petition for writ of mandamus; (2) March 29, 2021 motion to consider and seal the *in camera* supplemental record, and (3) April 14, 2021 motion to seal the *in camera* supplemental record. Relator states that the petition's appendix and supplemental record contain documents that were filed under seal in the trial court, and he asks this Court to maintain the petition and supplemental record under seal. The trial court's March 1, 2021 sealing order, however, does not meet the requirements of Rule 76a. *See* TEX. R. CIV. P. 76a (setting forth the requirements for sealing court records).

We will **TEMPORARILY SEAL** the petition for writ of mandamus and supplemental record pending further order of this Court. The parties have **TWENTY DAYS** from the date of this order to provide a proper Rule 76a order from the trial court permitting the filing of the documents under seal and to supplement the mandamus record with a copy of that order. Failure to do so will result in the denial of the motion, unless, within that time frame, the parties submit briefing establishing a valid legal basis on which we may maintain the documents under seal without an order sealing the documents in the trial court.

Also before the Court is relator's March 31, 2021 second emergency motion for temporary relief. Based on relator's April 13, 2021 letter advising us that the trial court has now granted his requested relief, we **DENY** the second emergency motion as moot.

/s/     AMANDA L. REICHEK
JUSTICE